UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE REYES,<br><br>    Petitioner,<br><br>  v.<br><br>AMY MILLER,<br><br>    Respondent. | NO. CV 14-1548-JAK (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed.

DATED: September 29, 2016

_____
JOHN A. KRONSTADT
United States District Judge